**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LIANG ZHAO,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. 5:26-cv-04514-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Liang Zhao is a native and citizen of the People's Republic of China who has resided in the United States since December 2009, when he lawfully entered the country in F-1 student status. ECF 1 at ¶ 7. Petitioner is married to a United States citizen and has a United States citizen child. *Id.* at ¶ 26. On April 15, 2015, Petitioner's wife filed a Form I-130, Petition for Alien Relative, on his behalf. *Id.* at ¶ 28. United States Citizenship and Immigration Services approved the Form on April 27, 2016. *Id.* In the interim, on December 2, 2015, Petitioner received a final order of removal. *Id.* at ¶ 29.

On March 5, 2026, Petitioner was arrested and detained by Immigration and Customs Enforcement, without any notice. *Id*. at ¶ 32. He has been detained since then. *Id*.

Petitioner now brings the instant habeas petition, alleging that his arrest and continued detention violates his statutory and constitutional rights. In addition, Petitioner alleges that he is a member of the non-citizen class in *Calderon Jimenez v. Mayorkas*, No. 18-cv-10225-MLW, 2025 U.S. Dist. LEXIS 8909 (D. Mass. Jan. 16, 2025), which resulted in a class settlement prohibiting ICE from taking any enforcement action against non-citizen class members, like Petitioner, absent a determination that such class member poses a threat to public safety or national security. *Id.* at ¶¶ 22-24. No such determination was made here.

In their Answer to the Petition, Respondents do not deny Petitioner's allegations, and only state that they "are not presenting an opposition argument to the merits of Petitioner's detention at this time," and that "no more filings or proceedings will be necessary in this matter." ECF 8 at 2-3. The Court thus construes the Petition as unopposed.

So construed, the Petition under 28 U.S.C. § 2241 is **GRANTED**.

Accordingly, IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Liang Zhao (A# 087-871-758) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Dated: August 19, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE